LATHAM & WATKINS LLP
  Matthew Rawlinson (SBN 231890)
  Daniel R. Gherardi (SBN 317771)
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
*matt.rawlinson@lw.com*
*daniel.gherardi@lw.com*

  Michele D. Johnson (SBN 198298)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290
*michele.johnson@lw.com*

  Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450
*colleen.smith@lw.com*

  Gavin M. Masuda (SBN 260480)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*gavin.masuda@lw.com*

Attorneys for Defendants

[*Additional Counsel listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| YAN SHEN,<br><br>              Plaintiff,<br><br>     v.<br><br>BADRINARAYANAN KOTHANDARAMAN., et al.,<br><br>              Defendants. | CASE NO. 3:20-cv-04623-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF ACTION**<br><br>Date Action Filed: July 10, 2020<br><br>**JURY TRIAL DEMANDED** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIPULATION AND [PROPOSED] ORDER
REGARDING STAY OF ACTION
CASE NO. 3:20-CV-04623-JSC

IT IS HEREBY STIPULATED by and between Plaintiff Yan Shen and Defendants Badrinarayanan Kothandaraman, Eric Branderiz, Mandy Yang, Steven J. Gomo, Benjamin Kortlang, Richard Mora, and Thurman J. Rodgers (collectively, "Defendants"), and Nominal Defendant Enphase Energy, Inc. ("Enphase Energy") (collectively, the "Parties"), the parties to the above-captioned case (the "Action"), by and through their respective counsel of record and subject to the approval of the Court, in order to facilitate the efficient prosecution of this action, as follows:

1. The Defendants hereby accept service of the complaint filed in the Action.

2. This Action (including all discovery) shall be stayed until resolution of any and all motions to dismiss in the related securities class action filed on June 17, 2020 in the United States District Court for the Northern District of California, captioned *Hurst v. Enphase Energy, Inc.*, Case No. 5:20-cv-04036-BLF (N.D. Cal.) (the "Class Action"), or any related securities class actions that may be filed.

3. If the stipulated stay of proceedings is lifted, the Parties shall meet and confer and submit a proposed scheduling order governing any further proceedings in the Action, including the date by which Defendants and/or Enphase Energy must answer or otherwise plead, and the date and time for a case management conference.

4. All hearings or conferences currently scheduled shall be postponed until the date and time that will be specified in the proposed scheduling order to be submitted by the Parties.

5. Defendants shall promptly notify Plaintiff of any related derivative lawsuits of which they become aware.

6. If the plaintiff in any related derivative lawsuit ("Related Derivative Action") not consolidated with the Action is not stayed for the same or longer duration as the stay of the Action, Plaintiff may lift the agreed stay upon thirty-days' written notice via email to the undersigned counsel of Defendants and Enphase Energy. In the event that Plaintiff lifts the stay pursuant to this paragraph, Defendants and Enphase Energy reserve the right to pursue a motion for a further stay of proceedings, which Plaintiff may oppose.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

2

STIPULATION AND [PROPOSED] ORDER
REGARDING STAY OF ACTION
CASE NO. 3:20-CV-04623-JSC

7. During the pendency of this stay, Defendants and Enphase Energy will provide Plaintiff with notice of and invite Plaintiff to participate in any mediation or formal settlement talks between the parties in the Class Action, or any Related Derivative actions or threatened Related Derivative actions (including litigation demands or books and records demands).

8. Subject to the terms and conditions of an appropriate protective order to be negotiated for this Action, Defendants and Enphase Energy shall produce to Plaintiff any documents produced, written discovery, and deposition transcripts in the Class Action, and in any Related Derivative Actions or threatened Related Derivative actions, if (i) Plaintiff prevails in establishing that demand would have been futile, or (ii) for settlement purposes only if the parties participate in mediation or formal settlement talks, or (iii) to any shareholder making a books and records inspection demand pursuant to Delaware General Corporations Code § 220.

9. After the stay is lifted, Defendants shall not move to stay the Action in deference to any other derivative action.

10. Notwithstanding this stay of the Action, Plaintiff may file amended complaints.

11. The Parties agree and acknowledge that they expressly reserve all jurisdictional challenges defenses and claims not yet asserted, including, but not limited to, *forum non conveniens*, improper venue, and any other procedural or substantive challenge to the Action.

**IT IS SO STIPULATED.**

DATED: September 22, 2020           **THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*
Robert C. Moest, Of Counsel (SBN 62166)
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Attorneys for Plaintiff Yan Shen*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

STIPULATION AND [PROPOSED] ORDER
REGARDING STAY OF ACTION
CASE NO. 3:20-CV-04623-JSC

| | | |
|---|---|---|
| DATED: September 22, 2020 | | **LATHAM & WATKINS LLP** |

*/s/ Colleen C. Smith*
Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, CA 92130-3086
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
Email: colleen.smith@lw.com

Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: matt.rawlinson@lw.com

Michele D. Johnson (SBN 198298)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
Email: michele.johnson@lw.com

Gavin M. Masuda (SBN 260480)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415 395-8095
Email: gavin.masuda@lw.com

*Attorneys for Defendants Badrinarayanan Kothandaraman, Eric Branderiz, Mandy Yang, Steven J. Gomo, Benjamin Kortlang, Richard Mora, and Thurman J. Rodgers, and Nominal Defendant Enphase Energy, Inc.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

STIPULATION AND [PROPOSED] ORDER
REGARDING STAY OF ACTION
CASE NO. 3:20-CV-04623-JSC

# [~~PROPOSED~~] ORDER

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: September 24, 2020



_____
Magistrate Judge Jacqueline S. Corley

GRANTED
Judge Jacqueline Scott Corley

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

5

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING STAY OF ACTION
CASE NO. 3:20-CV-04623-JSC