```
 1  LATHAM & WATKINS LLP
       Matthew Rawlinson (SBN 231890)
 2     Daniel R. Gherardi (SBN 317771)
    140 Scott Drive
 3  Menlo Park, California  94025
    Telephone: +1.650.328.4600
 4  Facsimile: +1.650.463.2600
    matt.rawlinson@lw.com
 5  daniel.gherardi@lw.com

 6     Michele D. Johnson (SBN 198298)
    650 Town Center Drive, 20th Floor
 7  Costa Mesa, California 92626
    Telephone: +1.714.540.1235
 8  Facsimile:  +1.714.755.8290
    michele.johnson@lw.com
 9
       Colleen C. Smith (SBN 231216)
10  12670 High Bluff Drive
    San Diego, California 92130
11  Telephone: +1.858.523.5400
    Facsimile:  +1.858.523.5450
12  colleen.smith@lw.com

13     Gavin M. Masuda (SBN 260480)
    505 Montgomery Street, Suite 2000
14  San Francisco, California 94111
    Telephone: +1.415.391.0600
15  Facsimile:  +1.415.395.8095
    gavin.masuda@lw.com
16
    Attorneys for Defendants
17
    [Additional Counsel on Signature Page]
18
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| IN RE ENPHASE ENERGY, INC. DERIVATIVE LITIGATION | LEAD CASE NO.  3:20-cv-04623-BLF<br><br>**JOINT NOTICE OF RELATED CASE AND STIPULATION AND [PROPOSED] ORDER ON CONSOLIDATION** |
|---|---|

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT NOTICE OF RELATED CASE
AND STIP. ON CONSOLIDATION
CASE NO. 3:20-CV-04623-BLF

1    **WHEREAS**, on November 18, 2020, Plaintiff Anthony R. Buch ("Plaintiff Buch") filed
2    a verified stockholder derivative complaint purportedly on behalf of Enphase Energy, Inc.
3    ("Enphase") against Badrinarayanan Kothandaraman, Eric Branderiz, Mandy Yang, Steven J.
4    Gomo, Benjamin Kortlang, Richard Mora, and Thurman J. Rodgers (collectively, the "Individual
5    Defendants"), and with Enphase, "Defendants"), captioned *Buch v. Kothandaraman*, Case No.
6    3:20-cv-08131-AGT (the "Buch Action");

7    **WHEREAS**, the allegations in the Buch Action are substantially similar to the
8    allegations raised in a securities class action captioned *Hurst v. Enphase Energy, Inc.*, Case No.
9    5:20-cv-04036-BLF (the "Hurst Action"), as well as two previously filed verified derivative
10   actions, which, on November 20, 2020, the Court consolidated and appointed co-counsel (the
11   "Consolidated Action") (Dkt. No. 31) (the "Order");

12   **WHEREAS**, pursuant to Paragraph 9 of the Court's Order, Defendants and Plaintiff
13   Buch, respectfully submit this Joint Notice of Related Case and Stipulation on Consolidation and
14   contend that this case should be related to and formally consolidated into the Consolidated
15   Action;

16   **WHEREAS**, pursuant to paragraph 10 of the Court's Order, Defendants and Plaintiff
17   Buch agree that the terms of the order entered in *Shen v. Kothandaraman*, Case No. 3:20-cv-
18   04623-CRB (the "Shen Action"), on September 24, 2020 staying the Shen Action pending
19   resolution of the motion to dismiss in the related Hurst Action, shall also apply to the Buch
20   Action. For the avoidance of doubt, Defendants shall not be required, during the pendency of the
21   stay, to respond to any complaint or amended complaint filed in the Consolidated Action, the
22   Buch Action, or any action later consolidated into the Consolidated Action;

23   **WHEREAS**, the Individual Defendants hereby accept service of the complaint filed in the
24   Buch Action, provided, however, that the acceptance of service shall not waive any rights, claims
25   and defenses other than a defense as to the sufficiency of service;

26   **WHEREAS**, this Joint Notice and Stipulation is without prejudice to any and all other
27   defenses Defendants may assert in this or any of the above-referenced actions, including, but not
28   limited to, jurisdictional defenses such as *forum non conveniens* and improper venue, or any

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT NOTICE OF RELATED CASE
AND STIP. ON CONSOLIDATION
CASE NO. 3:20-CV-04623-BLF

other procedural or substantive challenge to the Consolidated Action, and without prejudice to any and all claims Plaintiff Buch may assert.

**IT IS ACCORDINGLY STIPULATED,** by and between the undersigned counsel for Defendants and Plaintiff Buch, and subject to approval by the Court, that:

1. The stay of proceedings ordered in the Shen Action is temporarily lifted for the sole and limited purpose of the filing of, and ruling on, this stipulation and [proposed] order.

2. The Buch Action is hereby consolidated into the Consolidated Action for all purposes, including pre-trial proceedings and trial, pursuant to Federal Rule of Civil Procedure 42(a).

3. All other terms of the Order in the Consolidated Action, Dkt. No. 31, shall continue to apply to the Consolidated Action now including the Buch Action.

Dated:  December 1, 2020                                                LATHAM & WATKINS LLP

By  */s/ Colleen C. Smith*
Colleen C. Smith

Attorneys for Defendants

Dated:  December 1, 2020                                                EDELSON LECHTZIN LLP

By  */s/ Eric Lechtzin*
Eric Lechtzin (SBN 248958)
3 Terry Drive, Suite 205
Newton, PA 18940
Telephone:  (215) 867-2399
Facsimile:  (267) 685-0676
elechtzin@edelson-law.com

Attorneys for Plaintiff BUCH

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this Joint Notice and Stipulation.

*/s/ Colleen C. Smith*
Colleen C. Smith

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT NOTICE OF RELATED CASE
AND STIP. ON CONSOLIDATION
CASE NO. 3:20-CV-04623-BLF

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 2, 2020

The Hon. Beth Labson Freeman
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT NOTICE OF RELATED CASE
AND STIP. ON CONSOLIDATION
CASE NO. 3:20-CV-04623-BLF