1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
  Matthew Rawlinson (SBN 231890)
  Daniel R. Gherardi (SBN 317771)
140 Scott Drive
Menlo Park, California  94025
Telephone:  +1.650.328.4600
Facsimile:  +1.650.463.2600
*matt.rawlinson@lw.com*
*daniel.gherardi@lw.com*

  Michele D. Johnson (SBN 198298)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone:  +1.714.540.1235
Facsimile:   +1.714.755.8290
*michele.johnson@lw.com*

  Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
Telephone:  +1.858.523.5400
Facsimile:   +1.858.523.5450
*colleen.smith@lw.com*

  Gavin M. Masuda (SBN 260480)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  +1.415.391.0600
Facsimile:   +1.415.395.8095
*gavin.masuda@lw.com*

*Attorneys for Defendants*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE ENPHASE ENERGY, INC. DERIVATIVE LITIGATION | LEAD CASE NO.  3:20-cv-04623-BLF |
| | **JOINT NOTICE OF RELATED CASE AND STIPULATION AND [PROPOSED] ORDER ON CONSOLIDATION** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

1    **WHEREAS**, on December 9, 2020, Plaintiff Frank Caggiano ("Plaintiff Caggiano") filed

2    a verified stockholder derivative complaint purportedly on behalf of Enphase Energy, Inc.

3    ("Enphase") against Badrinarayanan Kothandaraman, Eric Branderiz, Mandy Yang, Steven J.

4    Gomo, Benjamin Kortlang, Richard Mora, and Thurman J. Rodgers (collectively, the "Individual

5    Defendants", and with Enphase, "Defendants"), captioned *Caggiano v. Kothandaraman*, *et al.*,

6    Case No. 3:20-cv-08715-JSC (the "Caggiano Action");

7    **WHEREAS**, the allegations in the Caggiano Action are substantially similar to the

8    allegations raised in a securities class action captioned *Hurst v. Enphase Energy, Inc.*, Case No.

9    5:20-cv-04036-BLF (the "Hurst Action"), the allegations raised in two previously filed verified

10    derivative actions, which, on November 20, 2020, the Court consolidated and appointed co-

11    counsel (the "Consolidated Action") (Dkt. No. 31) (the "Order"), as well as allegations raised in

12    a third previously filed verified derivative action, *Buch v. Kothandaraman, et al.*, Case No. 3:20-

13    cv-8131, which, on December 2, 2020, the Court consolidated with the Consolidated Action

14    (Dkt. No. 32);

15    **WHEREAS**, pursuant to Paragraph 9 of the Court's Order, Defendants and Plaintiff

16    Caggiano, respectfully submit this Joint Notice of Related Case and Stipulation on Consolidation

17    and contend that the Caggiano Action should be related to and formally consolidated into the

18    Consolidated Action;

19    **WHEREAS**, pursuant to paragraph 10 of the Court's Order, Defendants and Plaintiff

20    Caggiano agree that the terms of the order entered in *Shen v. Kothandaraman, et al.*, Case No.

21    3:20-cv-04623 (the "Shen Action"), on September 24, 2020 staying the Shen Action pending

22    resolution of the motion to dismiss in the related Hurst Action, shall also apply to the Caggiano

23    Action.  For the avoidance of doubt, Defendants shall not be required, during the pendency of the

24    stay, to respond to any complaint or amended complaint filed in the Consolidated Action, the

25    Caggiano Action, or any action later consolidated into the Consolidated Action;

26    **WHEREAS**, Defendants hereby accept service of the complaint filed in the Caggiano

27    Action, provided, however, that the acceptance of service shall not waive any rights, claims and

28    defenses other than a defense as to the sufficiency of service;

2

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

JOINT NOTICE OF RELATED CASE
AND STIP. ON CONSOLIDATION
CASE NO. 3:20-CV-04623-BLF

1    **WHEREAS**, this Joint Notice and Stipulation is without prejudice to any and all other

2   defenses Defendants may assert in this or any of the above-referenced actions, including, but not

3   limited to, jurisdictional defenses such as *forum non conveniens* and improper venue, or any

4   other procedural or substantive challenge to the Consolidated Action, and without prejudice to

5   any and all claims Plaintiff Caggiano may assert.

6    **IT IS ACCORDINGLY STIPULATED,** by and between the undersigned counsel for

7   Defendants and Plaintiff Caggiano, and subject to approval by the Court, that:

8    1.    The stay of proceedings ordered in the Consolidated Action is temporarily lifted

9   for the sole and limited purpose of the filing of, and ruling on, this stipulation and [proposed]

10   order.

11    2.    The Caggiano Action is hereby consolidated into the Consolidated Action for all

12   purposes, including pre-trial proceedings and trial, pursuant to Federal Rule of Civil Procedure

13   42(a).

14    3.    All other terms of the Order in the Consolidated Action, Dkt. No. 31, shall

15   continue to apply to the Consolidated Action now including the Caggiano Action.

16

17   Dated:  December 23, 2020                    LATHAM & WATKINS LLP

18

19                                        By  */s/ Colleen C. Smith*

20                                           Colleen C. Smith

21                                        Attorneys for Defendants

22   Dated:  December 23, 2020                    LEVI & KORSINSKY, LLP

23                                        By  */s/ Rosanne L. Mah*

24                                           Rosanne L. Mah (SBN 242628)
                                           388 Market Street, Suite 1300
25                                           San Francisco, California 94111
                                           Telephone:  (415) 373-1671
26                                           Facsimile:  (415) 484-1294
                                           Email:     rmah@zlk.com

27

28

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT NOTICE OF RELATED CASE
AND STIP. ON CONSOLIDATION
CASE NO. 3:20-CV-04623-BLF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gregory M. Nespole (*pro hac vice forthcoming*)
55 Broadway, 10th Floor
New York, New York 10006
Telephone:  (212) 363-7500
Facsimile:   (212) 363-7171
Email:        gnespole@zlk.com

Attorneys for Plaintiff CAGGIANO

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this Joint Notice and Stipulation.

*/s/ Colleen C. Smith*
Colleen C. Smith

4

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____                    _____

The Hon. Beth Labson Freeman
United States District Judge

5

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY