LATHAM & WATKINS LLP
  Matthew Rawlinson (SBN 231890)
  Daniel R. Gherardi (SBN 317771)
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
*matt.rawlinson@lw.com*
*daniel.gherardi@lw.com*

  Michele D. Johnson (SBN 198298)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290
*michele.johnson@lw.com*

  Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450
*colleen.smith@lw.com*

  Gavin M. Masuda (SBN 260480)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*gavin.masuda@lw.com*

*Attorneys for Defendants*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ENPHASE ENERGY, INC. DERIVATIVE LITIGATION | LEAD CASE NO. 3:20-cv-04623-BLF<br><br>**JOINT NOTICE OF RELATED CASE AND STIPULATION AND [PROPOSED] ORDER ON CONSOLIDATION** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

JOINT NOTICE OF RELATED CASE
AND STIP. ON CONSOLIDATION
CASE NO. 3:20-CV-04623-BLF

1    **WHEREAS**, on December 9, 2020, Plaintiff Frank Caggiano ("Plaintiff Caggiano") filed a verified stockholder derivative complaint purportedly on behalf of Enphase Energy, Inc. ("Enphase") against Badrinarayanan Kothandaraman, Eric Branderiz, Mandy Yang, Steven J. Gomo, Benjamin Kortlang, Richard Mora, and Thurman J. Rodgers (collectively, the "Individual Defendants", and with Enphase, "Defendants"), captioned *Caggiano v. Kothandaraman*, *et al.*, Case No. 3:20-cv-08715-JSC (the "Caggiano Action");

**WHEREAS**, the allegations in the Caggiano Action are substantially similar to the allegations raised in a securities class action captioned *Hurst v. Enphase Energy, Inc.*, Case No. 5:20-cv-04036-BLF (the "Hurst Action"), the allegations raised in two previously filed verified derivative actions, which, on November 20, 2020, the Court consolidated and appointed co-counsel (the "Consolidated Action") (Dkt. No. 31) (the "Order"), as well as allegations raised in a third previously filed verified derivative action, *Buch v. Kothandaraman, et al.*, Case No. 3:20-cv-8131, which, on December 2, 2020, the Court consolidated with the Consolidated Action (Dkt. No. 32);

**WHEREAS**, pursuant to Paragraph 9 of the Court's Order, Defendants and Plaintiff Caggiano, respectfully submit this Joint Notice of Related Case and Stipulation on Consolidation and contend that the Caggiano Action should be related to and formally consolidated into the Consolidated Action;

**WHEREAS**, pursuant to paragraph 10 of the Court's Order, Defendants and Plaintiff Caggiano agree that the terms of the order entered in *Shen v. Kothandaraman, et al.*, Case No. 3:20-cv-04623 (the "Shen Action"), on September 24, 2020 staying the Shen Action pending resolution of the motion to dismiss in the related Hurst Action, shall also apply to the Caggiano Action. For the avoidance of doubt, Defendants shall not be required, during the pendency of the stay, to respond to any complaint or amended complaint filed in the Consolidated Action, the Caggiano Action, or any action later consolidated into the Consolidated Action;

**WHEREAS**, Defendants hereby accept service of the complaint filed in the Caggiano Action, provided, however, that the acceptance of service shall not waive any rights, claims and defenses other than a defense as to the sufficiency of service;

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT NOTICE OF RELATED CASE
AND STIP. ON CONSOLIDATION
CASE NO. 3:20-CV-04623-BLF

1 **WHEREAS**, this Joint Notice and Stipulation is without prejudice to any and all other defenses Defendants may assert in this or any of the above-referenced actions, including, but not limited to, jurisdictional defenses such as *forum non conveniens* and improper venue, or any other procedural or substantive challenge to the Consolidated Action, and without prejudice to any and all claims Plaintiff Caggiano may assert.

**IT IS ACCORDINGLY STIPULATED,** by and between the undersigned counsel for Defendants and Plaintiff Caggiano, and subject to approval by the Court, that:

1. The stay of proceedings ordered in the Consolidated Action is temporarily lifted for the sole and limited purpose of the filing of, and ruling on, this stipulation and [proposed] order.

2. The Caggiano Action is hereby consolidated into the Consolidated Action for all purposes, including pre-trial proceedings and trial, pursuant to Federal Rule of Civil Procedure 42(a).

3. All other terms of the Order in the Consolidated Action, Dkt. No. 31, shall continue to apply to the Consolidated Action now including the Caggiano Action.

Dated: December 23, 2020				LATHAM & WATKINS LLP

						By */s/ Colleen C. Smith*
						Colleen C. Smith

						Attorneys for Defendants

Dated: December 23, 2020				LEVI & KORSINSKY, LLP

						By */s/ Rosanne L. Mah*
						Rosanne L. Mah (SBN 242628)
						388 Market Street, Suite 1300
						San Francisco, California 94111
						Telephone: (415) 373-1671
						Facsimile: (415) 484-1294
						Email:   rmah@zlk.com

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT NOTICE OF RELATED CASE
AND STIP. ON CONSOLIDATION
CASE NO. 3:20-CV-04623-BLF

|   |   |
|---|---|
| 1 | Gregory M. Nespole (*pro hac vice forthcoming*) |
| 2 | 55 Broadway, 10th Floor |
|   | New York, New York 10006 |
| 3 | Telephone: (212) 363-7500 |
|   | Facsimile: (212) 363-7171 |
| 4 | Email: gnespole@zlk.com |
| 5 | Attorneys for Plaintiff CAGGIANO |

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this Joint Notice and Stipulation.

*/s/ Colleen C. Smith*
Colleen C. Smith

4

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT NOTICE OF RELATED CASE
AND STIP. ON CONSOLIDATION
CASE NO. 3:20-CV-04623-BLF

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 24, 2020

_____
The Hon. Beth Labson Freeman
United States District Judge

5

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

JOINT NOTICE OF RELATED CASE
AND STIP. ON CONSOLIDATION
CASE NO. 3:20-CV-04623-BLF