LATHAM & WATKINS LLP
 Matthew Rawlinson (SBN 231890)
 Daniel R. Gherardi (SBN 317771)
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
*matt.rawlinson@lw.com*
*daniel.gherardi@lw.com*

 Michele D. Johnson (SBN 198298)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290
*michele.johnson@lw.com*

 Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400
Facsimile: +1.858.523.5450
*colleen.smith@lw.com*

 Gavin M. Masuda (SBN 260480)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*gavin.masuda@lw.com*

*Attorneys for Defendants*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ENPHASE ENERGY, INC. DERIVATIVE LITIGATION | LEAD CASE NO. 5:20-cv-04623-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL**<br><br>Judge: Hon. Beth Labson Freeman |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIP. AND [PROPOSED] ORDER
REGARDING VOLUNTARY DISMISSAL
CASE NO. 5:20-CV-04623-BLF

**WHEREAS**, on July 10, 2020, Yan Shen filed a shareholder derivative action purportedly on behalf of nominal defendant Enphase Energy, Inc. ("Enphase") in this Court against Badrinarayanan Kothandaraman, Eric Branderiz, Mandy Yang, Steven J. Gomo, Benjamin Kortlang, Richard Mora, and Thurman J. Rodgers (collectively, the "Individual Defendants" and with Enphase, "Defendants"), captioned *Shen v. Kothandaraman, et al.*, Case No. 3:20-cv-04623 (the "Shen Action");

**WHEREAS**, on September 24, 2020, the court entered the parties' stipulation staying the Shen Action pending the resolution of any motion(s) to dismiss filed in the related securities class action captioned *Hurst v. Enphase Energy, Inc.*, Case No. 5:20-cv-04036-BLF (the "Hurst Action"), in which the plaintiffs asserted federal securities fraud claims against Enphase and certain of its officers;

**WHEREAS**, on October 28, 2020, Benjamin Weber filed a shareholder derivative action purportedly on behalf of Enphase alleging substantially the same facts and claims as those in the Shen Action, captioned *Weber v. Kothandaraman, et al.*, Case No. 3:20-cv-07587 (the "Weber Action");

**WHEREAS**, on November 20, 2020, the Court entered the parties' stipulation in the above-captioned case to consolidate the Shen and Weber Actions (and any subsequently filed related derivative actions), to apply the stay entered in the Shen Action to the consolidated action, and to appoint co-lead counsel for plaintiffs in the consolidated action (Dkt. No. 31);

**WHEREAS,** on December 2, 2020, the Court entered the parties' stipulation in the above-captioned case consolidating a newly filed derivative action filed in this Court captioned *Buch v. Kothandaraman, et al.*, Case No. 3:20-cv-08131, into the above-captioned case (Dkt. No. 33);

**WHEREAS**, on December 24, 2020, the Court entered the parties' stipulation in the above-captioned action consolidating a newly filed derivative action filed in this Court captioned *Caggiano v. Kothandaraman, et al.*, Case No. 3:20-cv-08715, into the above-captioned case (Dkt. No. 37);

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP. AND [PROPOSED] ORDER
REGARDING VOLUNTARY DISMISSAL
CASE NO. 5:20-CV-04623-BLF

1     **WHEREAS**, on August 17, 2021, the Court granted the defendants' motion to dismiss
2 with leave to amend in the Hurst Action;

3     **WHEREAS**, on October 18, 2021, the Court entered final judgment in favor of
4 defendants in the Hurst Action;

5     **WHEREAS**, in light of the Court's ruling on defendants' motion to dismiss the Hurst
6 Action, the parties have agreed to the voluntary dismissal of this action without prejudice
7 pursuant to Federal Rule of Civil Procedure 41(a) with each party to bear its own costs;

8     **WHEREAS**, neither Enphase, nor any Defendant has made or promised any payment,
9 direct or indirect, to plaintiffs or their counsel in consideration of the dismissal of this action;

10     **WHEREAS**, no party in this action shall seek reimbursement from any other party of
11 any fees, costs, expenses, or damages in connection with the filing, prosecution, defense or
12 dismissal of this action;

13     **WHEREAS**, this Stipulation Regarding Voluntary Dismissal is without prejudice and
14 does not constitute or imply any admission or confession by any party regarding the basis for the
15 plaintiffs' allegations in the consolidated derivative actions or the merits of any claims or
16 defenses raised therein.

17     **NOW, THEREFORE,** the parties hereby jointly request that the Court enter an Order
18 dismissing the above-captioned action without prejudice pursuant to Federal Rule of Civil
19 Procedure 41(a), with each party to bear their own costs and attorneys' fees.

22 Dated:  December 2, 2021            LATHAM & WATKINS LLP

24                                By */s/ Colleen C. Smith*
25                                    Colleen C. Smith

26                                Attorneys for Defendants

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP. AND [PROPOSED] ORDER
REGARDING VOLUNTARY DISMISSAL
CASE NO. 5:20-CV-04623-BLF

1  Dated:  December 2, 2021                    THE ROSEN LAW FIRM, P.A.

2                                                           By  */s/ Laurence M. Rosen*
3                                                                Laurence M. Rosen, Esq. (SBN 219683)
                                                                 355 S. Grand Avenue, Suite 2450
4                                                                Los Angeles, California 90071
                                                                 Telephone:  (213) 785-2610
5                                                                Facsimile:   (213) 226-4684
                                                                 Email:        lrosen@rosenlegal.com

6                                                           Co-Lead Counsel for Plaintiffs

7

8
         Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this Joint Stipulation.
9

10  Dated: December 2, 2021                          */s/ Colleen C. Smith*
                                                     Colleen C. Smith
11

4

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP. AND [PROPOSED] ORDER
REGARDING VOLUNTARY DISMISSAL
CASE NO. 5:20-CV-04623-BLF

## [PROPOSED] ORDER

The Court has reviewed the parties' Stipulation Regarding Voluntary Dismissal. Based upon that Stipulation and for good cause shown, IT IS HEREBY ORDERED THAT the above-captioned action is hereby DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear their own costs and attorneys' fees.

Dated: _____

                                                        The Hon. Beth Labson Freeman
United States District Judge

5

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

STIP. AND [PROPOSED] ORDER
REGARDING VOLUNTARY DISMISSAL
CASE NO. 5:20-CV-04623-BLF